DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DELFA GOMEZ,**
Appellant,

v.

**ASHLAND CONDOMINIUM A ASSOCIATION, INC.,**
Appellee.

No. 4D2024-2751

[October 30, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Luis Delgado, Judge; L.T. Case No. 50-2023-CA-010555-XXXX-MB.

Delfa Gomez, Royal Palm Beach, pro se.

Michele A. Crosa of Poliakoff Backer, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***